

**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | Civil Action No. 15-cv-268(JLL)(JAD) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| KIM'S HOSPITALITY INVESTMENT COMPANY, LLC, a Georgia Limited Liability Company; and EUNGCHONG KIM, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Kim's Hospitality Investment Company, LLC and Eungchong Kim (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on January 14, 2015, seeking damages as a result of the breach of a license agreement between DIW and Kim's Hospitality Investment Company, LLC; and service of the Summons and Complaint having been effectuated with respect to Kim's Hospitality Investment Company, LLC by serving its registered agent, Susie Lee, via personal

service on January 28, 2015 in Jonesboro, Georgia; and service of the Summons and Complaint having been effected with respect to Eungchong Kim by serving the Fayette Law Group, LLC, via personal service on February 3, 2015 in Fayetteville, Georgia; and it appearing that default was duly noted by the Clerk of the Court against Defendants on February 26, 2015 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this __7th__ day of __April__, 2015,

**ORDERED, ADJUDGED, AND DECREED** that DIW have judgment against Kim's Hospitality Investment Company, LLC and Eungchong Kim, jointly and severally, in the total amount of $964,377.83, comprised of the following:

a) $662,180.27 for liquidated damages (principal plus prejudgment interest);

b) $297,721.96 for Recurring Fees (principal plus prejudgment interest); and

c) $4,475.60 for attorneys' fees and costs.

HONORABLE JOSE L. LINARES, U.S.D.J.